No. 255, October Term, 1963. Bros Incorporated *v.* Browning Manufacturing Co. et al., 375 U. S. 825. Motion for leave to file petition for rehearing denied. Mr. Justice Fortas took no part in the consideration or decision of this motion.

March 10, 1966.

No. 159. Chicago & North Western Railway Co. et al. *v.* Atchison, Topeka & Santa Fe Railway Co. et al. Appeal from D. C. S. D. Cal. Appeal as to appellant Chicago, Rock Island & Pacific Railroad Co. dismissed pursuant to Rule 60 of the Rules of this Court. *Nuel D. Belnap, Richard M. Freeman, Bryce L. Hamilton, Raymond K. Merrill, Nye F. Morehouse, John W. Adams, Martin L. Cassell* and *Frank R. Johnston* for appellants. *Douglas F. Smith, Howard J. Trienens, George L. Saunders, Jr., John E. McCullough, S. R. Brittingham, Jr., Monroe E. Clinton, Frank S. Farrell, Lawrence W. Hobbs, L. E. Torinus, Jr.,* and *E. L. Van Dellen* for Atchison, Topeka & Santa Fe Railway Co. et al.; *E. P. Porter, Alan C. Furth, Charles W. Burkett, Robert L. Pierce* and *Thormund A. Miller* for Southern Pacific Co. et al., appellees.

March 21, 1966.

No. 913, Misc. Kandl *v.* Urse, Cook County Mental Health Clinic Superintendent, et al. Motion for leave to file petition for writ of habeas corpus and for other relief denied. *Harry R. Booth* for petitioner. *Edward J. Hladis* and *Daniel P. Ward* for respondents.

No. ——. Rosenstiel *v.* Rosenstiel. Motion to defer consideration of No. 934 denied. *Peyton Ford* for petitioner. *Louis Nizer* for respondent.